IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO.<br>) |
| v. | ) C O M P L A I N T<br>) |
| COUNTRY FRESH MARKET, LLC and FREDERICKTOWN PRODUCE, INC., | ) JURY TRIAL DEMAND<br>)<br>) |
| Defendants. | )<br>) |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Charging Party Nicole Britt and a class of other aggrieved female employees subjected to similar unlawful practices (referred to collectively as the "Claimants") who were adversely affected by such practices. As alleged with greater particularity in Paragraphs 9(a) – (h) below, Defendants Country Fresh Market, LLC and Fredericktown Produce, Inc. subjected Britt and the other Claimants to a sexually hostile work environment perpetuated by Defendants' meat department manager, Steve Ventura. Defendants constructively discharged Britt and at least one other Claimant as a result of the intolerable working conditions and Defendants' failure to take prompt and effective action to alleviate it.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to 706(f)(1) and

- 1 -

(3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.   The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

## PARTIES

3.   Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

4.   At all relevant times, Defendant Country Fresh Market, LLC ("Country Fresh Market"), a Pennsylvania limited liability corporation, has continuously been doing business in the Commonwealth of Pennsylvania and the Borough of Brownsville, Pennsylvania and had at least 15 employees.

5.   At all relevant times, Country Fresh Market has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

6.   At all relevant times, Defendant Fredericktown Produce, Inc. ("Fredericktown Produce"), a Pennsylvania corporation, has continuously been doing business in the Commonwealth of Pennsylvania and the Borough of Brownsville, Pennsylvania.

7.      Country Fresh Market and Fredericktown Produce constitute a single "employer" within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

8.      More than thirty days prior to the institution of this lawsuit, Charging Party Nicole Britt filed a charge with the Commission alleging violations of Title VII by Country Fresh Market. All conditions precedent to the institution of this lawsuit have been fulfilled.

9.      Since at least July 2008, Defendants have engaged in a continuing course of unlawful employment practices at the Country Fresh Market facility in Brownsville, Pennsylvania in violation of 703(a)(1) and 704(a) of Title VII, 42 U.S.C.§ 2000e-2(a)(1). These unlawful practices include, but are not limited to, the following:

a.      Commencing on or about July 2008, and continuing through on or about August 1, 2010, Defendants, acting through a supervisory employee, meat department manager Steve Ventura, subjected Charging Party Britt and a class of other aggrieved female employees (including but not limited to Claimants Annette Huhn, Felicia Richards, Stephanie Moore, and Liberty Mosher) to a continuing course of unwelcome and offensive harassment because of their sex, female, in violation of Title VII.

b.      Ventura subjected Charging Party Britt and the other Claimants to at least the following forms of sexual harassment: frequent, persistent sexual comments and requests for sex that were demeaning, offensive, and humiliating; unwanted sexual touching (including touching of intimate body areas) and sexual gestures that were demeaning, offensive, and humiliating; and other conduct of similar character. The foregoing unlawful harassment created a hostile work environment because of sex.

  c. Defendants failed to employ measures to reasonably prevent or correct the aforementioned sexual harassment.

  d. On numerous occasions, Charging Party Britt, other Claimants, and other employees reported the aforementioned sexual harassment to owner Michael Giles, manager Adam Giles, and to Country Fresh Market supervisors.

  e. Defendants had actual and constructive notice of the sexually hostile work environment but failed to take prompt, reasonable corrective action in response thereto.

  f. Manager Adam Giles threatened complaining employees with discharge if they complained about the offensive conduct to Michael Giles.

  g. On or about October 13, 2010, Defendants constructively discharged Charging Party Britt. Britt again complained of sexual harassment to Adam Giles and he failed to take prompt, reasonable corrective action. Giles refused to address her complaints. Rather, he acknowledged that similar allegations had been made previously but they were not true and that he did not believe her. Defendants knowingly permitted working conditions that Britt reasonably viewed as intolerable and that caused her to resign.

  h. On or about July 2009, Defendants constructively discharged Annette Huhn. Huhn complained of sexual harassment to the Giles's and they failed to take prompt, reasonable corrective action. Defendants knowingly permitted working conditions that Huhn reasonably viewed as intolerable and that caused her to resign.

10. The effect of the practice(s) complained of in paragraphs 9(a)-(h) above has been to deprive Nicole Britt and other the Claimants of equal employment opportunities and otherwise adversely affects their status as employees, because of their sex, female.

11. The unlawful employment practices complained of in paragraphs 9(a)-(h) above were intentional.

12. The unlawful employment practices complained of in paragraphs 9(a)-(h) above were done with malice or with reckless indifference to the federally protected rights of Nicole Britt and the other Claimants.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc., their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in, condoning or allowing a sexually hostile work environment to exist at its facilities.

B. Order Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc. to institute and carry out training, policies, practices, and programs which provide equal employment opportunities for women and which ensure that the work premises are free from the existence of a sexually hostile work environment.

C. Order Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc. to make whole Nicole Britt, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative

relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay.

D.   Order Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc. to make whole Annette Huhn and all other Claimants terminated as a result of its unlawful practices by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay.

E.   Order Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc. to make whole Nicole Britt and the other Claimants by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 9(a) – (h) above, such as relocation expenses, job search expenses, medical expenses and other expenses incurred by Ms. Britt and other Claimants which were caused by Defendants' conduct, in amounts to be determined at trial.

F.   Order Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc. to make whole Nicole Britt and the other Claimants by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 9(a) – (h) above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

G.   Order Defendant Country Fresh Market, LLC and Defendant Fredericktown Produce, Inc. to pay Nicole Britt and the other Claimants punitive

damages for its malicious and reckless conduct described in paragraphs 9(a) – (h) above, in amounts to be determined at trial.

  H. Grant such further relief as the Court deems necessary and proper in the public interest.

  I. Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        Respectfully submitted,

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

        P. DAVID LOPEZ
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        *Debra Lawrence / mjc*
        DEBRA M. LAWRENCE
        Regional Attorney
        EEOC-Philadelphia District Office
        City Crescent Building, 3rd Floor
        10 South Howard Street
        Baltimore, Maryland 21201
        Telephone number: (410) 209-2734
        Facsimile number: (410) 962-4270

_____
RONALD L. PHILLIPS
Supervisory Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 209-2737
Facsimile number: (410) 962-4270

_____
M. JEAN CLICKNER
Senior Trial Attorney
Pa. I.D. No. 42738
EEOC-Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Telephone number:  (412) 395-5843
Facsimile number:  (412) 395-5749